PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Civil__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 12 2023
CLERK, U.S. DISTRICT COURT
By____mw____
       Deputy

__Jomar Adams__
Plaintiff's Name and ID Number

__Tarrant County Jail__
Place of Confinement

CASE NO. __4-23CV-043-P__
__1746878__
(Clerk will assign the number)

v.

__David Toner 401 W. Belknap Ft Worth TX 76196__
Defendant's Name and Address

__Wal-Mart__
Defendant's Name and Address

__First Convenience Bank__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 05-06-2021, 09-05-2022 I was charged with offenses of Agg Assault, And possession of a firearm. I recieved information labeled Indictment from the Grand Jury with forged signatures filed 09/21/2022 stamped 09/22/2022 A forged document. My personal information was stolen and Identity used and Federal Income tax filed with out my consent My information was used on walmart payroll and checks cashed and deposited through First Convenience bank and Wells Fargo.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief from debt Financial reimbursement $600 daily lost wages $25,000,000.00

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jomar Adams, Jumar Adams

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

CJN# 0608244  TDCJ 1194758

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): 213
2. Case number: 1746878, 1746879, 1746663
3. Approximate date sanctions were imposed: 05-06-2021, 09-05-2022
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

4

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jamar Adams / Byron J. Warren

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: David Toner
401 W Belknap st Fort Worth TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Sent me a forged charging instrument labeled Grand Jury Indictment

Defendant #2: Wal Mart

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Enabled a Migrant worker to work under my identity forging Signature to Insurance policy

Defendant #3: First Convenience Bank

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Sold my personal information and cashed checks in unauthorized account

Defendant #4: Wells Fargo

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Unauthorized accounts using my personal information

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

2

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES_____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): 213
2. Case number: 174678
3. Approximate date warning was issued: _____

Executed on: 01-05-2023
   DATE

   Jomar Adams
   Jomar Adams
   (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  5  day of  January , 20 23 .
   (Day)              (month)              (year)

   Jomar Adams
   Jomar Adams
   (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

| | |
|---|---|
| NAME JOMAR.ADAMS | OFFENSE UNL POSS FIREARM BY FELON |
| RACE Black SEX Male AGE 40 DOB 9/4/1982 | OFFENSE DATE 5/6/2021   **Repeat Felony Offender** |
| CASE NO. 1746879 | I.P. STATE OF TEXAS |
| CID NO. 0608244 | AGENCY FORT WORTH PD |
| | 213th DISTRICT COURT |

## THE STATE OF TEXAS VS. JOMAR ADAMS

### INDICTMENT NO: 1746879

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS OF TARRANT COUNTY, TEXAS, DULY ELECTED, TRIED, EMPANELED, SWORN, AND CHARGED TO INQUIRE OF OFFENSES COMMITTED IN TARRANT COUNTY, IN THE STATE OF TEXAS, UPON THEIR OATHS, DO PRESENT IN AND TO THE CRIMINAL DISTRICT COURT NO. 4, OF THE SAID COUNTY

THAT JOMAR ADAMS, HEREINAFTER CALLED DEFENDANT, ON OR ABOUT THE 6TH DAY OF MAY 2021, IN THE COUNTY OF TARRANT, STATE OF TEXAS, DID INTENTIONALLY OR KNOWINGLY POSSESS A FIREARM AWAY FROM THE PREMISES WHERE THE DEFENDANT LIVED AND PRIOR TO SAID POSSESSION THE DEFENDANT WAS CONVICTED OF THE FELONY OFFENSE OF POSSESSION OF A CONTROLLED SUBSTANCE OF ONE GRAM OR MOORE, BUT LESS THAN FOUR GAMES, NAMELY: COCAINE, IN THE CRIMINAL DISTRICT COURT NUMBER THREE OF TARRANT COUNTY, TEXAS, IN CAUSE NUMBER 0872000W, ON THE 3RD DAY OF OCTOBER 2003,

REPEAT OFFENDER NOTICE: AND IT IS FURTHER PRESENTED TO SAID COURT THAT PRIOR TO THE COMMISSION OF THE OFFENSE OR OFFENSES SET OUT ABOVE, THE DEFENDANT WAS FINALLY CONVICTED OF THE FELONY OFFENSE OF POSSESSION OF A CONTROLLED SUBSTANCE OF ONE GRAM OR MORE, BUT LESS THAN FOUR GRAMS, NAMELY: COCAINE, IN THE CRIMINAL DISTRICT COURT NUMBER THREE OF TARRANT COUNTY, TEXAS, IN CAUSE NUMBER 0866194D, ON THE 3RD DAY OF OCTOBER 2003,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Foreman of the Grand Jury

FILED
TARRANT COUNTY
9/21/22 1:23 PM
THOMAS A. WILDER
DISTRICT CLERK
DMT

Thomas A. Wilder, Clerk of the District Courts, in and for the County of Tarrant and State of Texas, does hereby certify that the foregoing is a true and correct copy of the original indictment as numbered and styled as the same that appears on file in my said office.

GIVEN UNDER MY HAND and seal in the City of Fort Worth, Tarrant County, Texas, this the           September 22, 2022

THOMAS A. WILDER
Clerk District Courts
Tarrant County, Texas

By: s/*David Toner*
         Deputy

NAME JOMAR ADAMS

RACE Black SEX Male AGE 40 DOB 9/4/1982

CASE NO. 1746878

CID NO. 0608244

OFFENSE AGG ASSAULT W/DEADLY WEAPON

OFFENSE DATE 5/6/2021

**Repeat Felony Offender**

I.P. RICKY WILLIAMS

AGENCY FORT WORTH PD

213th DISTRICT COURT

## THE STATE OF TEXAS VS. JOMAR ADAMS

### INDICTMENT NO: 1746878 D

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS OF TARRANT COUNTY, TEXAS, DULY ELECTED, TRIED, EMPANELED, SWORN, AND CHARGED TO INQUIRE OF OFFENSES COMMITTED IN TARRANT COUNTY, IN THE STATE OF TEXAS, UPON THEIR OATHS, DO PRESENT IN AND TO THE CRIMINAL DISTRICT COURT NO. 4, OF THE SAID COUNTY

THAT JOMAR ADAMS, HEREINAFTER CALLED DEFENDANT, ON OR ABOUT THE 6TH DAY OF MAY 2021, IN THE COUNTY OF TARRANT, STATE OF TEXAS, DID INTENTIONALLY OR KNOWINGLY CAUSE BODILY INJURY TO RICKY WILLIAMS BY SHOOTING HIM WITH A FIREARM, AND THE DEFENDANT DID USE OR EXHIBIT A DEADLY WEAPON DURING THE COMMISSION OF THE ASSAULT, NAMELY, A FIREARM,

REPEAT OFFENDER NOTICE: AND IT IS FURTHER PRESENTED TO SAID COURT THAT PRIOR TO THE COMMISSION OF THE OFFENSE OR OFFENSES SET OUT ABOVE, THE DEFENDANT WAS FINALLY CONVICTED OF THE FELONY OFFENSE OF POSSESSION OF A CONTROLLED SUBSTANCE OF ONE GRAM OR MORE, BUT LESS THAN FOUR GRAMS, NAMELY: COCAINE, IN THE CRIMINAL DISTRICT COURT NUMBER THREE OF TARRANT COUNTY, TEXAS, IN CAUSE NUMBER 0866194D, ON THE 3RD DAY OF OCTOBER 2003,

REPEAT OFFENDER NOTICE: AND IT IS FURTHER PRESENTED TO SAID COURT THAT PRIOR TO THE COMMISSION OF THE OFFENSE OR OFFENSES SET OUT ABOVE, THE DEFENDANT WAS FINALLY CONVICTED OF THE FELONY OFFENSE OF POSSESSION OF A CONTROLLED SUBSTANCE OF ONE GRAM OR MOORE, BUT LESS THAN FOUR GAMES, NAMELY: COCAINE, IN THE CRIMINAL DISTRICT COURT NUMEBR THREE OF TARRANT COUNTY, TEXAS, IN CAUSE NUMBER 0872000W, ON THE 3RD DAY OF OCTOBER 2003,

Thomas A. Wilder, Clerk of the District Courts, in and for the County of Tarrant and State of Texas, does hereby certify that the foregoing is a true and correct copy of the original indictment as numbered and styled as the same that appears on file in my said office.

GIVEN UNDER MY HAND and seal in the City of Fort Worth, Tarrant County, Texas, this the           September 22, 2022

                                        THOMAS A. WILDER
                                        Clerk District Courts
                                        Tarrant County, Texas

                                        By: s/*David Toner*
                                                     Deputy

JOMAR ADAMS
1746878
Page **2** of **2**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*[signature]*
Foreman of the Grand Jury

FILED
TARRANT COUNTY
9/21/22 1:23 PM
THOMAS A. WILDER
DISTRICT CLERK
DMT

Thomas A. Wilder, Clerk of the District Courts, in and for the County of Tarrant and State of Texas, does hereby certify that the foregoing is a true and correct copy of the original indictment as numbered and styled as the same that appears on file in my said office.

GIVEN UNDER MY HAND and seal in the City of Fort Worth, Tarrant County, Texas, this the                September 22, 2022

                              THOMAS A. WILDER
                              Clerk District Courts
                              Tarrant County, Texas

                              By: s/*David Toner*
                                        Deputy

908-0024

41E02



NAME JOMAR ADAMS

RACE Black SEX Male AGE 40 DOB 9/4/1982

CASE NO. 1746663

CID NO. 0608244

OFFENSE UNL POSS FIREARM BY FELON

OFFENSE DATE 9/5/2022

**Repeat Felony Offender**

I.P. STATE OF TEXAS

AGENCY FORT WORTH PD

213th DISTRICT COURT

## THE STATE OF TEXAS VS. JOMAR ADAMS

### INDICTMENT NO: 1746663 D

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS OF TARRANT COUNTY, TEXAS, DULY ELECTED, TRIED, EMPANELED, SWORN, AND CHARGED TO INQUIRE OF OFFENSES COMMITTED IN TARRANT COUNTY, IN THE STATE OF TEXAS, UPON THEIR OATHS, DO PRESENT IN AND TO THE CRIMINAL DISTRICT COURT NO. 4, OF THE SAID COUNTY

THAT JOMAR ADAMS, HEREINAFTER CALLED DEFENDANT, ON OR ABOUT THE 5TH DAY OF SEPTEMBER 2022, IN THE COUNTY OF TARRANT, STATE OF TEXAS, DID INTENTIONALLY OR KNOWINGLY POSSESS A FIREARM AWAY FROM THE PREMISES WHERE THE DEFENDANT LIVED AND PRIOR TO SAID POSSESSION THE DEFENDANT WAS CONVICTED OF THE FELONY OFFENSE OF POSSESSION OF A CONTROLLED SUBSTANCE OF ONE GRAM ORE MORE, BUT LESS THAN FOUR GRAMS, NAMELY: COCAINE, IN THE CRIMINAL DISTRICT COURT NUMBER THREE OF TARRANT COUNTY, TEXAS, IN CAUSE NUMBER 0872000W, ON THE 3RD DAY OF OCTOBER 2003,

REPEAT OFFENDER NOTICE: AND IT IS FURTHER PRESENTED TO SAID COURT THAT PRIOR TO THE COMMISSION OF THE OFFENSE OR OFFENSES SET OUT ABOVE, THE DEFENDANT WAS FINALLY CONVICTED OF THE FELONY OFFENSE OF POSSESSION OF A CONTROLLED SUBSTANCE OF ONE GRAM OR MORE, BUT LESS THAN FOUR GRAMS, NAMELY: COCAINE, IN THE CRIMINAL DISTRICT COURT NUMBER THREE OF TARRANT COUNTY, TEXAS, IN CAUSE NUMBER 0866194D, ON THE 3RD DAY OF OCTOBER 2003,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*[signature]*

Foreman of the Grand Jury

FILED
TARRANT COUNTY
9/21/22 1:23 PM
THOMAS A. WILDER
DISTRICT CLERK
DMT

Thomas A. Wilder, Clerk of the District Courts, in and for the County of Tarrant and State of Texas, does hereby certify that the foregoing is a true and correct copy of the original indictment as numbered and styled as the same that appears on file in my said office.

GIVEN UNDER MY HAND and seal in the City of Fort Worth, Tarrant County, Texas, this the        September 22, 2022

                                       THOMAS A. WILDER
                                       Clerk District Courts
                                       Tarrant County, Texas

                                       By: s/*David Toner*
                                                    Deputy



O. Adams # 0608244
100 N. Lamar
Fort Worth TX 76196

Legal

NORTH TEXAS TX 750
9 JAN 2023 PM 10

US POSTAGE PITNEY BOWES
ZIP 76196 $ 000.81⁰
02 1W
0001399895 JAN 09 2023

RECEIVED
JAN 12 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

501 West 10th St #310
Fort Worth Texas 76102



TARRANT COUNTY JAIL MAILROOM