UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOMAR ADAMS,**
**INSTITUTIONAL ID NO. 0608244,**

   Plaintiff,

v.   No. 4:23-cv-0043-P

**DAVID TONER, ET AL.,**

   Defendants.

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's civil-rights action is DISMISSED WITHOUT PREJUDICE. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **20th day** of **March, 2023.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE